DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7023
    FAX: (415) 436-7234
    philip.kearney@usdoj.gov

Attorneys for United States of America

**RECEIVED** JAN 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**FILED** JAN 22 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SANDFORD BEMI FAISON,<br><br>    Defendant. | CASE NO. 4-19-70023 KAW<br><br>MOTION AND [~~PROPOSED~~] ORDER TO FILE REDACTED COMPLAINT; MOTION AND [~~PROPOSED~~] ORDER TO UNSEAL REDACTED COMPLAINT<br><br>[UNDER SEAL] |

    The United States, by and through Assistant United States Attorney Philip J. Kearney, hereby moves this Court for an order allowing the government to publicly file with the Court a redacted copy of the original complaint previously filed under seal in this matter. A copy of the proposed redacted complaint is attached hereto as Exhibit A. The original, sealed Complaint contains details of the FBI methodologies used to investigate this offense, as well as information regarding the purported chemical weapon involved in this matter which could potentially spur copycat-type behavior. The United States seeks to maintain the original complaint under seal, but seeks to publicly file the attached redacted complaint which removes sensitive portions of the original which was previously disclosed to the defendant. The United States also moves to unseal the above-entitled matter going forward with the

exception of the original (non-redacted) complaint.

DATED: January 17, 2019

Respectfully submitted,

ALEX G. TSE
United States Attorney

PHILIP J. KEARNEY
Assistant United States Attorney

## [PROPOSED] ORDER

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that a redacted copy of the Complaint charging Sandford Bemi Faison, be publicly filed with the Clerk's Office. IT IS HEREBY FURTHER ORDERED that the above-entitled matter be unsealed with the exception of the original (non-redacted) complaint which will remain under seal.

IT IS SO ORDERED.

DATED: January 22, 2019

HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE